# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TAMERA SHANNON | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-307-S |
| BAYSIDE CAPITAL SERVICES, LLC | § § | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 24, 2020 [ECF No. 17], the Court finds that the Amended Findings Conclusions, and Recommendation of the United States Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

SIGNED February 4, 2021.

_____
UNITED STATES DISTRICT JUDGE