# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TAMERA SHANNON | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-307-S |
| BAYSIDE CAPITAL SERVICES, LLC | § § | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, **IT IS ORDERED** that Plaintiff Tamera Shannon's Motion for Default Judgment [ECF No. 12] is **GRANTED**. The Court awards Shannon $1,000.00 in statutory damages for her FDCPA claims. Shannon's request for attorney's fees and costs is **GRANTED** to the extent that Shannon is awarded $3,112.50 in attorney's fees and $400.00 in costs.

It is further **ORDERED** that the Clerk shall transmit to the parties a true copy of this Judgment, together with a true copy of the Order Accepting Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 4, 2021.

_____
UNITED STATES DISTRICT JUDGE